## 17997. FUSTON v. THE STATE.

BROXLES, C. J. The evidence was sufficient to exclude every reasonable hypothesis save that of the defendant's guilt, and none of the special grounds of the motion for a new trial require another hearing of the case.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 12, 1927.

Possessing intoxicating liquor; from city court of Swainsboro—Judge Herrington. February 7, 1927.

*Kirkland & Kirkland,* for plaintiff in error.

*I. W. Rountree, solicitor,* contra.

Criminal Law, 16 C. J. p. 765, n. 60.
Intoxicating Liquors, 33 C. J. p. 761, n. 53; p. 801, n. 18, 19.